UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:10CR00048-1 |
| | ) | |
| GERALD LERNER | ) | |
| | ) | |

## ORDER

On August 22, 2016, this case was before the Court for a revocation hearing, pursuant to Federal Rule of Criminal Procedure 32.1(a)(2).

At the hearing, the Court found that the defendant, Gerald Lerner, violated the terms and conditions of supervised release by failing to complete 150 hours of community service within 18 months as ordered by the Court. The Court also noted that the defendant failed to obtain and maintain employment throughout the term of supervision, and that the defendant made only two payments, totaling $50, towards his court-ordered restitution obligation.

Although the Court finds that the defendant, Gerald Lerner, has violated the terms and conditions of supervised release, the Court has decided not to revoke his supervised release at this time. The Court orders the defendant to complete 150 hours of community service within five months. The Court further orders the defendant to obtain employment and begin making monthly restitution payments. All conditions previously imposed by this Court on December 10, 2010, will remain in full force and effect.

**SO ORDERED** this 24th day of August, 2016.

William T. Moore, Jr.
Judge, U.S. District Court